UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Garland E. Burrell
United States District Judge
Sacramento, California

                        RE:    Theodore William GLAUM
                                Docket Number:   2:95CR00475-01
                                <u>PROGRESS REVIEW</u>

Your Honor:

On November 5, 2007, a Petition to Modify the Conditions of Supervision was filed with the Court after the above-named releasee twice attempted suicide, both times ultimately resulting in arrests and convictions for Driving Under the Influence of Alcohol/Drugs.

At that time, this officer recommended a modification to allow the releasee to participate in a residential treatment program, and recommended no further action regarding the new law violations. This officer informed the Court that a review on the releasee's progress would be filed in the future. This memo is that review.

In summary, the releasee was initially placed into a detoxification program, which he completed successfully, then directly into treatment at The Effort's residential program in Sacramento. The initial placement was recommended to be 60 days, with a review every 30 days. Mr. Glaum completed 28 days of the program, but it was recommended by staff that he be discontinued from the program as they felt he was being disruptive. Although he participated in the program and did not violate any programs rules, he apparently was very vocal regarding the rule violations of others and the way those violations were handled. Additionally, he filed a formal grievance when he felt his medications were not being dispensed by the staff in a timely fashion. These were the reasons given by the staff as to their preference he be terminated from the program.

Mr. Glaum was immediately placed in intensive outpatient counseling through EAP in Chico. Initially, he went to individual sessions for two hours per week. These sessions

RE:     Theodore William GLAUM
        Docket Number:   2:95CR00475-01
        <u>PROGRESS REVIEW</u>

were focused on substance abuse, mental health, and family issues.  He was tested weekly, with no positive results.

Also, during this same time, Mr. Glaum went through the Court system in Butte County to resolve his DUI cases.  Ultimately, he served custody time and was ordered to complete the second offender DUI program as required by the State of California.  He is still participating in that program.

At this juncture, Mr. Glaum attends individual counseling for two hours per month as directed by the probation officer.  He is tested twice per month, attends his DUI program, attends two to three AA meetings per week, is monitored on psychotropic medication by Butte County Behavioral Health, and is stable and non-suicidal.  He continues to work on his family issues, but is in much better condition overall than nine months ago.

In summary, it is felt no further legal action is necessary in this case.  Mr. Glaum understands the serious nature of his violations, is remorseful, and is working very hard on his substance abuse, mental health, and family issues.

                              Respectfully submitted,


                              /s/Kyriacos M. Simonidis for
                              **JEFFREY C. OESTREICHER**
                              **United States Probation Officer**

Dated:      August 13, 2008
            Sacramento, California
            JCO/cp


**REVIEWED BY:**    /s/Kyriacos M. Simonidis
                    **KYRIACOS M. SIMONIDIS**
                    **Supervising United States Probation Officer**

**RE:   Theodore William GLAUM**
      **Docket Number:   2:95CR00475-01**
      **PROGRESS REVIEW**

cc:   Laurel D. White
      Assistant United States Attorney

      Defense Counsel to be assigned

AGREE: ___X_____          DISAGREE: _____

Dated:  August 13, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge